FREDERIC BOWNE, Appellant, v. ANNA M. O'CONNOR, Respondent.—

No opinion. Appeal from order of said court dated May 3, 1966 dismissed. That order was superseded by the order dated October 7, 1966, which granted reargument and reconsideration. Beldock, P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.

PATRICK BUCKLEY, Appellant, v. ST. BERNARD'S SCHOOL et al., Respondents. DOMINICK MILONE, INC., Third-Party Plaintiff, v. CONCRETE PLANK CO., INC., Third-Party Defendant.

Beldock, P. J., Rabin, Benjamin and Munder, JJ., concur; Christ, J., concurs in the dismissal of the appeal from the order entered December 6, 1966, but dissents from the reversal of the order entered January 6, 1967 and votes to affirm that order insofar as appealed from. [53 Misc 2d 1075.]